```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

JENNIFER BEARE, as Executrix, and
RICHARD WRIGHT, as Administrator,
C.T.A., of the Estate of LEATRICE
HARRIS,
                                            ORDER
                Plaintiffs,
                                            CV 2007-3391 (ERK)(MDG)
        - against -

ZSA ZSA MILLINGTON,

                Defendant .

- - - - - - - - - - - - - - - - - - -X

This order concerns subpoenas served
on:

        EMMANUEL BAPTISTE,
        ELOISE HEADLEY,
        LIESA MILLINGTON and
        MPHAHELE LUKMAN.

                Deponents.
- - - - - - - - - - - - - - - - - - -X
```

By order dated March 23, 2010, this Court scheduled a hearing on April 1, 2010 and directed EMMANUEL BAPTISTE, ELOISE HEADLEY, LIESA MILLINGTON and MPHAHELE LUKMAN (the "deponents" collectively and "deponent" individually) to show cause why this Court should not certify the deponents to be in contempt of an order of this Court directing compliance with a subpoena duces tecum. The deponents neither appeared nor submitted any opposition.

The deponents are given one final opportunity to comply with the subpoenas served on them. They must call plaintiffs' counsel, Richard Wright by **April 14, 2010** to arrange for a date for a deposition that must be held by **April 29, 2010** and must appear for

that deposition as scheduled.  If any deponents fail to comply, the Court will issue a certification of contempt as to the non-complying deponent.

Since the deponents were previously warned in the Court's order dated January 13, 2010 that they could be subject to sanctions, including monetary fines, if they failed to comply with the subpoenas served on them, they are each sanctioned $200, payable to plaintiffs' counsel, Richard Wright, by April 29, 2010 for fees incurred by plaintiffs in the preparation of the motion for contempt and appearance at the hearing.

**A copy of this order will be mailed to each deponent.**

**SO ORDERED.**

Dated:    Brooklyn, New York
         April 1, 2010

/s/_____
MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE

Mailed to:

Eloise Headley
50 East 19th Street, Apt. D8
Brooklyn, New York 11226

Emmanuel Baptiste
1255 Hornberger Avenue
Roebling, New Jersey 08554-1605

Liesa Millington
1255 Hornberger Avenue
Roebling, New Jersey 08554-1605

Mphahlele Lukman
275 Linden Boulevard, Apt. E7
Brooklyn, New York 11226

Mphahlele Lukman
196 Knotty Oak Drive

Mount Laurel, New Jersey 08054