UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
Jennifer Beare and Richard Wright,

                               Plaintiffs,           **ORDER**

            -against-                          Case No. 07-cv-3391 (TLM)

Zsa Zsa Millington,

                               Defendant
-------------------------------------------------------------- X


        Before the Court is plaintiff's April 21, 2014 Motion for Relief from Judgment and to

Amend the Complaint [Rec. Doc. 244]. Based on the Court's Reasons for Denying Plaintiff's

Motion for Relief from Judgment and to Amend the Complaint [Rec. Doc. 285] issued this date,

it is

        **ORDERED** that plaintiff's Motion for Relief from Judgment and to Amend the

Complaint [Rec. Doc. 244] is DENIED.

        **SO ORDERED.**

                                       _____
                                       Tucker L. Melançon
                                       United States District Judge

July 15, 2014
Brooklyn, NY